IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

FILED
CHARLOTTE, NC
MAR 22 2023
US DISTRICT COURT
WESTERN DISTRICT OF NC

| UNITED STATES OF AMERICA | ) | DOCKET NO. 3:23CR 72-RJC |
|---|---|---|
| vs. | ) | |
| | ) | **ORDER TO SEAL** |
| KOTTO YAPHET PAUL, ET. AL. | ) | |

Upon motion of the United States Attorney, it is hereby ordered that the above referenced Bill of Indictment, Warrants, Motion to Seal the Bill of Indictment and this Order be sealed, to protect the secrecy of the on-going nature of the investigation in this matter until further order of this court,

**IT IS HEREBY ORDERED** that the Indictment, Warrants and Motion to Seal and this Order, be sealed until further order of this court.

The Clerk is directed to certify copies of this Order to the United States Attorney's Office.

This the 22 day of March, 2023.

DAVID S. CAYER
UNITED STATES MAGISTRATE JUDGE
WESTERN DISTRICT OF NORTH CAROLINA