UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | DOCKET NO.: 3:23CR72-RJC |
| | ) | |
| v. | ) | **MOTION TO PARTIALLY UNSEAL** |
| | ) | **THE INDICTMENT** |
| 1) KOTTO YAPHET PAUL | ) | |
| | ) | |

NOW COMES the United States of America, by and through Dena J. King, United States

Attorney for the Western District of North Carolina, who respectfully shows unto the Court that

the Defendant has been arrested and has appeared before the Court, so the necessity for keeping

the Bill of Indictment sealed as to this Defendant no longer exists.   However, the co-defendants

remain at large, so the necessity to keep the Bill of Indictment sealed as to the remaining co-

defendants persists.

THEREFORE, the United States respectfully moves the Court to accept the attached

redacted Bill of Indictment and unseal it as to this Defendant. The United States further requests

that the unredacted Indictment remain under seal.

Respectfully submitted, on this day of May 22, 2023.

DENA J. KING
UNITED STATES ATTORNEY

//s// DON GAST
ASSISTANT UNITED STATES ATTORNEY
N.C. Bar No.: 23801
100 Otis St., Suite 233
Asheville, NC 28801
Phone: 828-271-4661
Fax: 828-271-4670
email: Don.Gast@usdoj.gov