UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:23-CR-00072-RJC-SCR

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| KOTTO YAPHET PAUL, ) | |
| ) | |
| Defendant. ) | |

**THIS MATTER** is before the Court on the "Motion for Admission *Pro Hac Vice* and Affidavit" for Brian Mendelsohn. (Doc. No. 88). For the reasons set forth therein, the Motion is granted.

The Clerk is directed to send copies of this Order to the Government, counsel for the Defendant, and to the Honorable Robert J. Conrad, Jr.

**SO ORDERED**.

Signed: December 18, 2023

Susan C. Rodriguez
United States Magistrate Judge