IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:23-CR-00072-RJC-SCR

| | | |
|---|---|---|
| USA | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| KOTTO YAPHET PAUL (1) | ) | |
| | ) | |

**THIS MATTER** is before the Court on the defendant's pro se motion to dismiss. (Doc. No. 120).

The defendant is currently represented by counsel. (Doc. No. 96: Order granting pro hac vice appearance of counsel). Local Criminal Rule 47.1(g) requires motions to be filed by counsel unless a defendant has formally waived his right to counsel before a judicial officer.

**IT IS, THEREFORE, ORDERED**, that the defendant's pro se motion is **DENIED**.

The Clerk is directed to certify copies of this order to the defendant and the United States Attorney.

Signed: September 24, 2024

Robert J. Conrad, Jr.
United States District Judge