IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

DOCKET NO.: 3:23-CR-00072-RJC-SCR

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | **MOTION FOR FINAL ORDER** |
| v. | ) | **AND JUDGMENT CONFIRMING** |
| | ) | **FORFEITURE** |
| (1) KOTTO YAPHET PAUL | ) | |
| a/k/a ETHAN JOSHUA KENNEDY | ) | |

NOW COMES the United States of America, by and through Russ Ferguson, United States Attorney for the Western District of North Carolina, pursuant to Fed. R. Crim. P. 32.2(c)(2), and hereby requests that this Court enter a Final Order and Judgment confirming forfeiture of the real property at 600 Baron Road, Waxhaw, North Carolina (hereafter, "the Waxhaw Property"), any and all interest in Wise Management & Realty, LLC (hereafter, "the interest in WM&R"), and one 2020 Mercedes-Benz G63 AMG (hereafter, "the Mercedes"), previously identified in the Consent Order and Judgment of Forfeiture (Doc. 111) in this case. In support of this Motion, the Government respectfully shows the following:

## I. Background

On March 22, 2023, a Grand Jury returned a Bill of Indictment (Doc. 3) against Defendant charging him with conspiracy to commit wire fraud and bank fraud, financial institution fraud, and money laundering. The charges were based on a scheme whereby the defendants submitted fraudulent documents and information to financial institutions, obtaining more than $17 million in fraudulent loan proceeds. The Indictment contained a "Notice of Forfeiture and Finding of Probable Cause" whereby the Grand Jury found probable cause that all proceeds obtained directly or indirectly as a result of the violations and property involved in the violations were subject to forfeiture. The Waxhaw Property, the interest in WM&R, and the Mercedes were listed in the

1

Indictment as subject to forfeiture based on those grounds.

On March 7, 2024, Defendant pled guilty via Plea Agreement (Doc. 101) to Counts One (conspiracy to commit wire fraud and bank fraud) and Twenty-One (money laundering) in the Indictment. In this Plea Agreement, Defendant agreed "to forfeit… all assets listed in the charging document . . . ." (Doc. 101). On March 27, 2024, this Court issued a Consent Order and Judgment of Forfeiture (Doc. 111) for, among other items, the Waxhaw Property, the interest in WM&R, and the Mercedes.[1]

From May 3, 2024, through June 1, 2024, the United States published, via www.fofeiture.gov, notice of this forfeiture and of the intent of the Government to dispose of the forfeited property according to law, and further notice to all third parties of their rights to petition the Court within sixty days from May 3, 2024, for a hearing to adjudicate the validity of any alleged legal interest in the property. (Doc. 119). In addition, on May 16, 2024, the United States sent direct notice, via FedEx or Certified Mail, to all of the entities that the Government identified as reasonably appearing to be potential claimants for purposes of Fed. R. Crim. P. 32.2(b)(6)(A). These entities included Wise Management & Realty, LLC (an entity on title to the Waxhaw Property), Mortgage Electronic Registration Systems (MERS), Specialized Loan Servicing, LLC, U.S. Bank Trust National Association, Wells Fargo Bank, N.A., and Wells Fargo Home Mortgage. (Doc. 119). The notice advised the parties of the Government's intent to dispose of the forfeited property in accordance with the law and the right to submit a verified petition to this Court within thirty days of the receipt of this notice.

On June 18, 2024, U.S. Bank Trust National Trust Association as Trustee filed a Petition

---

[1] The Consent Order also addresses a money judgment and real property at 6307 Trails of Foxford Court, West Palm Beach, Florida, neither of which the Government addresses in this Motion. The Government does not address these items in this Motion because (1) there is not an ancillary proceeding as to money judgments and (2) the Government is pursuing final forfeiture of the West Palm Beach property in another, related case, against conspirator Love Norman (WDNC Case 3:23-CR-00072).

for Hearing for the Waxhaw Property. (Doc. 117). On Motion (Doc. 125) of the Government, this Court issued a Consent Order Third Party Petition adjudicating petitioner U.S. Bank Trust National Association's[2] interest in the Waxhaw Property. (Doc. 126).

The time for filing petitions has expired and no petitioners, other than U.S. Bank Trust National Association, have filed petitions for the Waxhaw Property. Further, no petitioners have filed petitions for the interest in WM&R or the Mercedes.

**II.     Memorandum of Law**

Pursuant to Rule 32.2(c)(2), "[w]hen the ancillary proceeding ends, the court must enter a final order of forfeiture by amending the preliminary order as necessary to account for any third-party rights." Other than U.S. Bank Trust National Association, no individuals or entities have filed petitions and the time for doing so has expired. Therefore, the Court may appropriately grant the Final Order and give the Government clear title to the Property for disposition in accordance with law.

WHEREFORE, the Government respectfully requests that this Court enter a Final Order and Judgment of Forfeiture in the form submitted herewith, finally forfeiting all right, title, and interest in the entirety of the following property, whether real, personal, or mixed, to the United States for disposition according to law, subject to the Consent Order for Third Party Petition adjudicating U.S. Bank Trust National Association's interest:

> **The real property at 600 Baron Road, Waxhaw, North Carolina, more particularly described in a deed to grantee Wise Management & Realty, LLC that is recorded at deed book 6946, pages 474-475, in the Union County, North Carolina Register of Deeds;**
>
> **Any and all interest in Wise Management & Realty, LLC; and**
>
> **One 2020 Mercedes-Benz G63 AMG, VIN: W1NYC7HJ9LX342521.**

---

[2] U.S. Bank Trust National Association, not in its individual capacity, but solely as owner trustee for GS Mortgage-Backed Securities Trust 2020-NQM1.

Respectfully submitted, this, the 14th day of March, 2025.

        RUSS FERGUSON
        UNITED STATES ATTORNEY

        **s/ Benjamin Bain-Creed**
        Florida Bar # 0021436
        Assistant United States Attorney
        227 West Trade Street, Suite 1650
        Charlotte, North Carolina 28202
        Telephone: (704) 344-6222
        Email: benjamin.bain-creed@usdoj.gov

4

Case 3:23-cr-00072-DCN-SCR     Document 130     Filed 03/14/25     Page 4 of 4